# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| LAURIE STOKES, | Case No. 2:19-cv-00772-MCE-CKD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Morrison C. England, Jr<br>Ctrm: 7, 14th Fl. |
| Defendant. | Complaint Filed: May 2, 2019 |

Based upon the stipulation of the parties and for good cause shown, it is hereby ordered that this action, Case No. 2:19-cv-00772-MCE-CKD, is dismissed with prejudice in its entirety as to all defendants, with each party shall bear its own attorneys' fees and costs in this matter. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE